```
UNITED STATES DISTRICT COURT           07/12/89         DKT #: 1:89CV01322
NORTHERN DISTRICT OF OH (0647)
CLEVELAND DIVISION                                       PAGE 1
                              BECKMAN V NOVA MEDICAL
-------------------------------------------------------------------------
JUDGE ALVIN I. KRENZLER   (4720)
-------------------------------------------------------------------------
Filed : 07/11/89   NOS : 190   Origin : 1   Jury Demand:    Demand    : 0
County: 88888      Juris: 4    Rule 23:     Dversity(P): 5  Dversity(D): 4
                                            Fee Type : 1    Fee Status : P
11 USC 1332 - OTHER CONTRACT
Remarks:
-------------------------------------------------------------------------
                              PARTIES

P  1) BECKMAN INSTRUMENTS, INC.

D  2) NOVA MEDICAL LABORATORIES, INC.    D  3) DONOHOE, CARTER H.
-------------------------------------------------------------------------
         PARTY                                  ATTORNEY

P  1) BECKMAN INSTRUMENTS, INC.
                                     BALANTZOW, ROBERT S.
                                     BENESCH, FRIEDLANDER, COPLAN & ARONOFF
                                     1100 CITIZENS BLDG.
                                     850 EUCLID AVENUE
                                     CLEVELAND, OH. 44114-3399
                                     Phone:216-363-4500
                                     ID:  390014320   BAR NUMBER:  14320

D  2) NOVA MEDICAL LABORATORIES, INC.
                                     UNREPRESENTED  DONOHOE, CARTER H.
D  3) DONOHOE, CARTER H.                             709 Brookpark Road
                                     UNREPRESENTED   Brooklyn Heights, OH  44109
                                                    (216) 749-6682
***
                                                    DONOHOE, CARTER H.
```

DC 111A
(Rev. 1/75)

JUDGE KRENZLER
**JUDGE KRENZLER**

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 1:89CV1322 |
|---|---|---|
| BECKMAN INSTRUMENTS, INC. | NOVA MEDICAL, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/11/89 | 1 | **COMPLAINT** (6 p)  Summ issd to pltf's atty. |
| 7/19/89 | 2 | **STANDING ORDER** re:  preparation for trial, revised and effec 8/1/87.  KRENZLER, J.  Issd 7/19/89  (EOD 7/19/89)  (51 p)  gw |
| 8/2/89 | 3 | **PRAECIPE.**  Summs re-issued for Nova Medical Laboratories, Inc to pltf's atty on 8/2/89.  (1 p)  gw |
| 8/3/89 | 4 | **ORDER** scheduling init pt on 8/14/89 at 8:30 a.m.  KRENZLER, J. Issd 8/3/89  (EOD 8/3/89)  (1 p)  gw |
| 8/9/89 | 5 | **ORDER** rescheduling post-discovery pretrial on August 17, 1989 at 8:15 a.m. Rm. 400.  KRENZLER, J.  Issd 8/9/89, EOD 8/9/89 ee |
| 8/18/89 | 6 | **SUMMONS** retn.  Srv Carter H. Donohoe by cert mail on 3/12/89 (1 p) ee |
| 8/24/89 | 7 | **ORDER** setting date for disc cutoff on 12/15/89; dispositive mots shall be submitted on or before 12/19/89.  KRENZLER, J.  Issd 8/24/89 (EOD 8/24/89)  (1 p)  gw |
| 9/13/89 | 8 | **SUMMONS** (alias) rtn.  Srv Nova Medical Laboratories, Inc by certified mail on 9/6/89.  (1 p)  gw |
| 10/5/89 | 9 (10) | **MOTION** of pltf for judg by default.  c/m 10/5/89  (3 p & attachment)  gw |
| 11/10/89 | 10 (9) | **MARGINAL** Ent Ord granting mot of pltf for judgment by default against defts Nova Medical Laboratories, Inc & Carter H. Donohoe - see Order. KRENZLER, J.  Issd 11/13/89  (EOD 11/13/89)  (1 p)  gw |
| 11/10/89 | 11 | **ORDER** granting pltf's mot for judgment by default; judgment is hereby granted in favor of pltf Beckman Instruments, Inc against deft Nova Medical Laboratories, Inc on count I for $27,093.78 plus interest thereon at the rate of 10% per annum from May 23, 1989, plus costs; judgment is hereby granted in favor of pltf Beckman Instruments, Inc against deft Carter H. Donohoe on count II for $27,093.78 plus interest thereon at the rate of 10% per annum from May 23, 1989, plus costs.  KRENZLER, J.  Issd 11/13/89  (EOD 11/13/89) (2 p)  gw |
| 11/28/89 | 12 | **PRAECIPE.**  Certificate of judg lien upon lands & tenements issd to pltf's atty on 11/28/89.  (1 p)  gw |
| 1/12/90 | 13 | **MOTION** of defts for stay of execution.  c/m 1/12/90  (2 p & attachment) gw |
| 1/12/90 | 14 | **MOTION** of defts to vacate judgm.  c/m 1/12/90 (2 p & attachments)  gw |
| 1/17/90 | 15 | **MEMORANDUM** of pltf in opp to defts' mot for stay of execution. c/m 1/17/90 (4 p & attachment)  gw |
| 1/17/90 | 16 | **MEMORANDUM** of pltf in opp to defts' mot to vacate judg.  c/m 1/17/90 (10 p & exhs)  gw |
| 2/12/90 | 17 | **WITHDRAWAL** of defts of mot to vacate judg filed 1/12/90.  (1 p) gw |
| 2/12/90 | 18 | **WITHDRAWAL** of defts of mot for stay of execution filed 1/12/90. (1 p)  gw |
| 10/11/90 | 19 | **NOTICE** to take depo of deft, Carter Donohoe, on 10/29/90.  c/m 10/11/90 (3p)fa |
| 10/11/90 | 20 | **NOTICE** of pltf to take depo of deft, Nova Medical Labs, on 10/29/90. c/m 10/11/90  (3p)fa |